# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE CASTRO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>KIM HOLLAND,<br><br>　　　　Respondent. | Case No. 1:15-cv-00374-SMS HC<br><br>ORDER TRANSFERRING THIS CASE TO THE U.S. DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |

On March 9, 2015, Petitioner Jorge Castro filed this *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner alleges constitutional violations arising from his 2011 conviction in Riverside County Superior Court. Riverside County, California, is within the venue of the U.S. District Court for the Central District of California.

Venue for a habeas action is proper in either the district of confinement or the district of conviction. 38 U.S.C. § 2241 (d). In a state with multiple federal districts, the District Court of the district in which a petitioner is confined may, in its discretion, transfer a petition concerning conviction and sentencing to the district in which the petitioner was convicted and sentenced. Such transfer generally furthers judicial economy since the witnesses and documentation are present in the district of conviction and sentencing.

Accordingly, the Court hereby ORDERS that this case be TRANSFERRED to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated:  **March 11, 2015**　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1